# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

143269

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

HERMAN PAGE,
    Defendant-Appellant.

SC: 143269
COA: 300683
Lapeer CC: 03-007755-FC

_____/

On order of the Court, the application for leave to appeal the April 26, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

_____
Clerk

h1219